UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 09-02614-MMM(AGRx) | Date | September 28, 2009 |
| Title | Carole Molloy vs. RK Netmedia, Inc., et al | | |

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | MARK SCHWEITZER |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael Kucnetski | Allan Gelbard |

**Proceedings:**   DEFENDANT'S MOTION TO TRANSFER[9]; DEFENDANT'S MOTION TO DISMISS; ALT, MOTION TO TRANSFER[11]


   The court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, the court takes the motion to transfer and motion to dismiss under submission.